CHARLES H. ERWIN, Respondent, *v.* JOSIAH CURTIS, Administrator, etc., Appellant.

(Argued December 14, 1888; decided January 15, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1887, which affirmed an interlocutory judgment in favor of plaintiff, entered upon the decision of the court at Special Term, and a final judgment in favor of plaintiff entered upon the report of a referee.

*A. S. Kendall* for appellant.

*George T. Spencer* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.